# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARON LEWIS

VERSUS

LOUISIANA STATE UNIVERSITY, ET AL.

NO. 2024 CW 0471

**JUNE 25, 2024**

---

In Re: Sharon Lewis, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 708082.

---

**BEFORE: GUIDRY, C.J., WELCH AND PENZATO, JJ.**

**WRIT DENIED.**

**JEW**
**AHP**

    **Guidry, C.J.,** concurs. The criteria set forth in **Herlitz Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per *curiam*) are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT